**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | LemonKind LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-5232307 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 836 Anacapa Street Unit 22955 | 999 Vanderbilt Beach Road |
| Number    Street | Number    Street |
| | Suite 200 |
| | P.O. Box |
| Santa Barbara    CA    93121 | Naples    FL    34108 |
| City         State   ZIP Code | City         State   ZIP Code |
| Santa Barbara County | **Location of principal assets, if different from principal place of business** |
| County | Number    Street |
| | City         State   ZIP Code |

5. **Debtor's website** (URL)  www.drinklemonkind.com

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

| Debtor | LemonKind LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

3121 11

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When ___/___/____  Case number _____
-          District _____  When ___/___/____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
-          District _____  When ___/___/____
-          Case number, if known _____

Debtor  LemonKind LLC _____   Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number      Street

_____

_____
City                                 State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor    LemonKind LLC                                        Case number (*if known*)_____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| --- | --- | --- | --- |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/14/2023
             MM / DD / YYYY

✘ /s/ Irene Rojas Stanbury                          Irene Rojas Stanbury
Signature of authorized representative of debtor     Printed name

Title  CEO

**18. Signature of attorney**

✘ /s/ Mike Dal Lago                                 Date  08/14/2023
Signature of attorney for debtor                          MM / DD / YYYY

Mike Dal Lago
Printed name

Dal Lago Law
Firm name

999 Vanderbilt Beach Rd. Suite 200
Number    Street

Naples                                              FL        34108
City                                                State     ZIP Code

2395716877                                          mike@dallagolaw.com
Contact phone                                       Email address

102185                                              FL
Bar number                                          State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

**Fill in this information to identify the case:**

Debtor name: LemonKind LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SBA/ Bank of Southern California<br>12265 El Camino Real<br>122243402 8214 Loan Account<br>San Diego, CA, 92130 | | Preferred Lenders Program SBA ONE | | | | 340,652.81 |
| 2 | American Express National Bank<br>World Financial Center<br>200 Vesey Street<br>New York, NY, 10285 | | Credit Card - Long-Term Financial Relief Program | | | | 184,847.52 |
| 3 | Skjodt-Barrett Foods Inc. (CANADA)<br>5 Precidio Ct Brampton<br>Ontario, CA, L6S 6B7 | | Suppliers or Vendors | | | | 100,550.93 |
| 4 | Disaster COVID-19 Economic Injury<br>CESC- COVID EIDL SERVICE CENTER<br>14925 Kingsport Rd<br>Fort Worth, TX, 76155 | | | | | | 70,312.93 |
| 5 | Wells Fargo Bank<br>Corporate Offices<br>420 Montgomery Street<br>San Francisco, CA, 94104 | | Line of Credit | | | | 53,240.24 |
| 6 | All Star Delivery Systems, Inc.<br>6 Commerce Drive<br>Cranford, NJ, 07016 | | Suppliers or Vendors | | | | 31,420.00 |
| 7 | Atlantic Packaging Products Ltd (CANADA)<br>111 Progress Ave<br>Scarborough, CA, M1P 2Y9 | | Suppliers or Vendors | | | | 22,064.62 |
| 8 | FruitSmart, Inc<br>Corporate Office<br>506 6th Street<br>Prosser, WA, 99350 | | Suppliers or Vendors | | | | 18,680.52 |

Debtor **LemonKind LLC**  
      Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | WG Pro-Manufacturing Inc. (CANADA) 10 Auction Lane Brampton, ONTARIO, CA, L6T 5V8 | | Suppliers or Vendors | | | | 17,634.61 |
| 10 | American Express National Bank World Financial Center 200 Vesey Street New York, NY, 10285 | | Credit Card Debt | | | | 16,760.80 |
| 11 | American Express Business Line of Credit Attn: Express Mail Remittance Processing 20500 Belshaw Ave. Carson, CA, 90746 | | Business Line of Credit / Loan | | | | 15,699.30 |
| 12 | ABF Freight system, Inc 12200 MONTAGUE ST PACOIMA, CA, 91331-2235 | | Suppliers or Vendors | | | | 13,912.48 |
| 13 | Goldman Sachs Bank USA Marcus by Goldman Sach 11850 South Election Road Draper, UT, 84020 | | Marcus Business-Use Line of Credit | | | | 13,723.20 |
| 14 | Wells Fargo Bank Corporate Offices 420 Montgomery Street San Francisco, CA, 94104 | | Credit Card used for business (however it is personal not business?) | | | | 11,151.07 |
| 15 | Rakuten Marketing LLC dba Rakuten Advertising 6985 S Union Park Center #300 Midvale, UT, 84047 | | Services | | | | 9,346.06 |
| 16 | PEOPLEREADY INC 1015 "A" ST TACOMA, WA, 98402 | | Services | | | | 8,538.06 |
| 17 | ULINE 12575 Uline Drive Pleasant Prairie, WI, 53158 | | Suppliers or Vendors | | | | 5,663.95 |
| 18 | NSF International (Non-GMO Project Verification) World Headquarters 789 N. Dixboro Road Ann Arbor, MI, 48105 | | Suppliers or Vendors | | | | 2,725.00 |
| 19 | AddShoppers, Inc. 15806 Brookway Dr Ste 200 Huntersville, NC, 28078 | | Suppliers or Vendors | | | | 2,221.34 |
| 20 | Cheer Pack North America LLC 1 United Drive West Bridgewater, MA, 02379 | | Suppliers or Vendors | | | | 1,892.82 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

ABF Freight system, Inc
12200 MONTAGUE ST
PACOIMA, CA 91331-2235

AddShoppers, Inc.
15806 Brookway Dr
Ste 200
Huntersville, NC 28078

All Star Delivery Systems, Inc.
6 Commerce Drive
Cranford, NJ 07016

Amazon Capital Services, Inc
410 Terry Ave. North
Seattle, WA 98109

American Express Business Line of Credit
Attn: Express Mail Remittance Processing
20500 Belshaw Ave.
Carson, CA 90746

American Express Business Line of Credit
P.O. Box 570622
Atlanta, GA 30357

American Express National
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
World Financial Center
200 Vesey Street
New York, NY 10285

American Express National Bank
PO BOX 981535
El Paso, TX 79998-1535

Atlantic Packaging Products Ltd (CANADA)
111 Progress Ave
Scarborough, CA M1P 2Y9

Bank of Southern California
12265 El Camino Real
Suite 100
San Diego, CA 92130

Cheer Pack North America LLC
1 United Drive
West Bridgewater, MA 02379

Crown Credit Company
44 S Washington Street
New Bremen, OH 45869

Crown Credit Company
44 S Washington St
New Bremen , OH 45869-1288

Crown Equipment Corporation
PO Box 640352
Cincinnati, OH 45264-0352

CT Corporation System
330 N Brand Blvd #700
Attn: SPRS/Registered Agent
Glendale, CA 91203

Disaster COVID-19 Economic Injury
CESC- COVID EIDL SERVICE CENTER
14925 Kingsport Rd

FruitSmart, Inc
Corporate Office
506 6th Street
Prosser, WA 99350

Goldman Sachs Bank USA
Marcus by Goldman Sach
11850 South Election Road
Draper, UT 84020

Goldman Sachs Bank USA
Salt Lake City Branch
222 S Main Street
Salt Lake City, UT 84101

Irene Rojas Stanburty
9735 NW 52nd Street #414
Miami, FL 33178

La Patera Investors, LP, a California limited
3832 W Biddison Street
Fort Worth, TX 76109-2707

Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

NSF International (Non-GMO Project Verificati
World Headquarters
789 N. Dixboro Road
Ann Arbor, MI 48105

NSF International (Non-GMO Project Verificati
Dept. Lockbox # 771380
PO Box 77000
Detroit, MI 48277-1380

PEOPLEREADY INC
1015 "A" ST
TACOMA, WA 98402

Rakuten Marketing LLC dba Rakuten Advertising
6985 S Union Park Center #300
Midvale, UT 84047

Ramon Fontanez
c/o Patrick W. Gallagher, Esq.
225 Broadway 39th Flr.
New York, NY 10007

Ramon Fontanez
c/o Patrick W. Gallagher, Esq.
225 Broadway 39th Floor
New York, NY 10007

SBA/ Bank of Southern California
12265 El Camino Real
122243402 8214 Loan Account
San Diego, CA 92130

Select Brands, LLC
c/o Kayla Schmidt, Esq.
120 South Riverside Plaza #2200
Chicago, IL 60606-3912

Skjodt-Barrett Foods Inc. (CANADA)
5 Precidio Ct Brampton
Ontario, CA L6S 6B7

ULINE
12575 Uline Drive
Pleasant Prairie, WI 53158

Uline
PO Box 88741
Chicago, IL 60680

Wells Fargo Bank
Corporate Offices
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Bank
PO Box 10347
Des Moines, IA 50306-0347

Wells Fargo Bank
Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038-8650

WG Pro-Manufacturing Inc. (CANADA)
10 Auction Lane
Brampton, ONTARIO, CA L6T 5V8

United States Bankruptcy Court
Middle District of Florida

In re: LemonKind LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/14/2023

/s/ Irene Rojas Stanbury
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

**Fill in this information to identify the case and this filing:**

Debtor Name __LemonKind LLC_____

United States Bankruptcy Court for the: __Middle District of Florida_____

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/14/2023__       ✘ /s/ Irene Rojas Stanbury_____
            MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                    Irene Rojas Stanbury_____
                                    Printed name

                                    CEO_____
                                    Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**