UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 2:23-bk-00933-FMD
                                                                                        Chapter 11
LemonKind LLC,

       Debtor.
_____/

# FIRST AMENDMENT TO PLAN OF REORGANIZATION

LemonKind LLC, the above-captioned debtor and debtor in possession ("Debtor"), files this Amendment to the *Debtor LemonKind LLC's Plan of Reorganization under Chapter 11, Subchapter V* [Doc No. 106] ("Plan") to (i) correctly designate Class 5 (SBA) as unimpaired and, thus, not entitled to vote on the Plan, and (ii) reflect comments to the Plan provided by Class 2 (Amazon Capital) and Class 3 (Bank SoCal) (collectively, the "Amendments").

## AMENDMENTS

| Applicable Plan Provisions | Amendments |
|---|---|
| Article 2.02<br>Amazon Capital Services, Inc. ("Amazon Capital") | Article 2.02 is amended to provide that the applicable agreement between the Debtor and Amazon Capital giving rise to Amazon Capital's Class 2 Claim is not a "Business Solutions Agreement." Instead, it is a Loan Agreement. Furthermore, Amazon Capital's Class 2 Claim is allowed under the Plan and the following language shall be struck from Article 2.02 of the Plan: "to the extent allowed as a secured claim under Bankruptcy Code section 506." |
| Article 4, Class 2<br>Amazon Capital Services, Inc. ("Amazon Capital") | Article 4, Class 2 is amended to include the following: Amazon Capital is permitted to deduct its Plan payments directly from the Debtor's Amazon Seller Account, in accordance with the terms of the Parties' Loan Agreement. |

| | |
|---|---|
| Article 4, Class 5<br>Small Business Administration<br>("SBA") | The Plan seeks to reaffirm and assume the $67,663.60 secured debt owed to the SBA under the Economic Injury Disaster Loan ("EIDL"). Because the terms of the EIDL, including the per annum interest and the maturity date, are not being modified under the Plan, Class 5 shall be deemed unimpaired and not entitled to vote on the Plan. |
| Article 6: Provisions for Executory<br>Contracts and Unexpired Leases | Article 6 of the Plan incorrectly references an "Amazon Servicing Contract" that will be assumed by the Debtor. The correct description of the contract that the Debtor intends to assume is called a "Business Solutions Agreement with Amazon.com Services, LLC." Thus, all references to an "Amazon Servicing Contract" shall be struck in its entirety and replaced with the following: Business Solutions Agreement<br>with Amazon.com Services, LLC. |
| Article 8.10, Injunction | Article 8.10 shall be amended to include the following: The failure to make any payment required by this Plan shall constitute an event of default. The failure by the Debtor to cure such monetary default within fifteen (15) days following delivery of a written notice of default from any affected holder of an allowed claim shall constitute an uncured default. A written notice of default shall be sent directly to the Debtor by email (irenerojas@lemon-kind.com) with a copy to Debtor's counsel (mike@dallagolaw.com) and shall be deemed delivered on the next Business Day after such email is sent.<br><br>In the event of an uncured default: (i) creditors whose claims were guaranteed by Ms. Stanbury may pursue Ms. Stanbury in accordance with their available rights and remedies under non-bankruptcy law and any applicable agreements without the requirement to reopen this Case and/or seek relief from stay in the Bankruptcy Court; (ii) secured creditors may seek relief from stay in the Bankruptcy Court to pursue their collateral and any other applicable remedies including, without limitation, conversion or dismissal of this Case; and (iii) unsecured creditors may pursue any applicable remedies in any court of competent jurisdiction, including, without limitation, conversion. or dismissal of this Case." |

These amendments shall be incorporated into the Order Confirming the Debtor's Plan ("Confirmation Order"). But for the amendments set forth herein, and those that are incorporated into the Confirmation Order, the terms of the Plan remain in full force and effect.

| | |
|---|---|
| **Dated**: December 12, 2023 | Respectfully submitted, |
| | **DAL LAGO LAW** <br> 999 Vanderbilt Beach Road <br> Suite 200 <br> Naples, FL 34108 <br> Telephone: (239) 571-6877 |
| **LEMONKIND LLC** <br><br> By: */s/ Irene Rojas Stanbury* <br>     Irene Rojas Stanbury <br>     Managing Member | By: */s/ Mike Dal Lago* <br> MICHAEL R. DAL LAGO <br> Florida Bar No. 102185 <br> Email: mike@dallagolaw.com <br> CHRISTIAN GARRETT HAMAN <br> Florida Bar No. 1017079 <br> Email: chaman@dallagolaw.com <br> JENNIFER M. DUFFY <br> Florida Bar No. 1028911 <br> Email: jduffy@dallagolaw.com <br><br> *Proposed Counsel for Lemonkind LLC, Debtor and Debtor in Possession* |

## CERTIFICATE OF SERVICE

I CERTIFY that on this 12th day of December 2023, a true and correct copy of the foregoing shall be: (i) electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service; and (ii) served by First Class U.S. Mail, postage prepaid, to all Local Rule 1007-2 parties in interest listed on the attached mailing matrix who are not represented by counsel.

>  */s/ Mike Dal Lago* <br> MIKE DAL LAGO <br> Florida Bar No. 102185