ORDERED.

**Dated:  January 30, 2024**

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 2:23-bk-00933-FMD
                                                               Chapter 11

LemonKind LLC,

            Debtor.
_____/

**ORDER DENYING
LEMONKIND LLC'S MOTION TO
(I) SHORTEN TIME FOR NOTICE PERIODS
REGARDING JANUARY 24, 2024 HEARING ON
CONFIRMATION OR, ALTERNATIVELY, (II) CONTINUE
HEARING ON CONFIRMATION WITH SHORTENED NOTICE PERIODS
(Related Doc. No. 154)**

THIS CASE came on for hearing January 24, 2024, at 10:30 a.m. EST (the "Hearing") on the Motion to (I) Shorten Time for Notice Periods Regarding January 24, 2024 Hearing on Confirmation or, Alternatively, (II) Continue Hearing on Confirmation with Shortened Notice Periods (Doc. No. 154) ("Motion") filed by LemonKind LLC, the above-captioned debtor and debtor in possession ("Debtor"). Through the Motion, the Debtor seeks entry of: (i) an order shortening the notice periods provided by Bankruptcy Rule 2002(b) to permit the hearing on confirmation ("Confirmation Hearing") for LemonKind LLC's Plan of Reorganization under Chapter 11, Subchapter V (Doc No. 106) ("Plan"), as subject to the First Amendment to Plan of

Reorganization (Doc. No. 135) ("Plan Amendment") to be held on January 24, 2024 at 10:30 a.m. EST and, if appropriate, for the Plan to be confirmed; or, alternatively, (ii) an order continuing the Confirmation Hearing for the Debtor's Plan, as subject to the Plan Amendment, upon shortened notice, and resetting all applicable dates set forth in the Order Scheduling (I) Hearing on Confirmation of Plan of Reorganization, (II) Deadlines with Respect to Confirmation Hearing, and (III) Deadlines for Filing Administrative Expense Applications (Doc. No. 111) to account for the continued Confirmation Hearing. The Confirmation Hearing was held as part of the Hearing, and the Plan was confirmed. Accordingly, and for the reasons stated orally and recorded in open court at the Hearing, which shall constitute the decision of the Court, it is

**ORDERED** that the Motion is DENIED AS MOOT.

Attorney Christian Garrett Haman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.