UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flsb.uscourts.gov

In re:

Lemonkind, LLC,

      Debtor.
_____/

Case No.  2:23-bk-00933-FMD
Chapter 11 Subchapter V

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

LemonKind, LLC, the above-captioned debtor ("Debtor"), by and through the undersigned legal counsel, hereby notifies all creditors and parties in interest that the *Debtor's Plan of Reorganization Under Chapter 11, Subchapter V* (Doc. No. 106), as supplemented by the *Debtor's Notice of Filing* (Doc. No. 108), *as Amended by the First Amended Plan of Reorganization* (Doc. No 135), and as confirmed by the *Order Confirming Debtor's Plan of Reorganization Under Chapter 11, Subchapter V, as Further Amended and Modified Herein* (Doc. No. 168), went into effect on March 15, 2024 (the "*Effective Date*").

**Dated**:  March 26, 2024

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email:  mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email:  chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for LemonKind, LLC,*
*Debtor and Debtor in Possession*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing shall be served this 26th day of March 2024 upon the following parties through the following forms of delivery: (i) by the Court's CM/ECF Noticing system upon entry to all parties registered for service; and (ii) by First Class U.S. Mail, postage prepaid, to all Local Rule 1007-2 parties in interest listed on the attached mailing matrix who are not represented by counsel.

*/s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:23-bk-00933-FMD<br>Middle District of Florida<br>Ft. Myers<br>Tue Mar 26 18:55:39 EDT 2024 | Accounting & Business Partners, LLC<br>10730 102nd Avenue N.<br>Seminole, FL 33778-4213 | LemonKind LLC<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108-3512 |
| ABF Freight system, Inc<br>12200 MONTAGUE ST<br>PACOIMA, CA 91331-2235 | (p)ADDSHOPPERS INC<br>ATTN ATTN DAVID HALE<br>15806 BROOKWAY DRIVE<br>SUITE 200<br>HUNTERSVILLE NC 28078-3246 | All Star Delivery Systems, Inc.<br>6 Commerce Drive<br>Cranford, NJ 07016-3515 |
| Amazon Capital Services, Inc<br>410 Terry Ave. North<br>Seattle, WA 98109-5210 | Amazon Capital Services, Inc.<br>c/o K&L Gates LLP<br>Attn: Brian Peterson<br>925 4th Avenue Suite 2900<br>Seattle, WA 98104-1158 | American Express Business Line of Credit<br>Attn: Express Mail Remittance Processing<br>20500 Belshaw Ave.<br>Carson, CA 90746-3506 |
| American Express Business Line of Credit<br>P.O. Box 570622<br>Atlanta, GA 30357-3110 | American Express National<br>PO Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>PO BOX 981535<br>El Paso, TX 79998-1535 |
| American Express National Bank<br>World Financial Center<br>200 Vesey Street<br>New York, NY 10285-1000 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | American Express National Bank<br>c/o Zwicker & Associates P.C.<br>Po Box 9043<br>Andover, MA 01810-0943 |
| ArcBest, Inc.<br>3801 Old Greenwood Road<br>Fort Smith, AR 72903-5937 | BANK OF SOUTHERN CALIFORNIA, N.A.<br>c/o Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, FL 34237-6031 | (p)BANK OF SOUTHERN CALIFORNIA<br>ATTN CELINA HONG<br>801 N BRAND BLVD<br>SUITE 185<br>GLENDALE CA 91203-3244 |
| CEO, Zulily, LLC<br>95 S Jackson St Ste 100<br>Seattle, WA 98104-4418 | CT Corporation System<br>330 N Brand Blvd #700<br>Attn: SPRS/Registered Agent<br>Glendale, CA 91203-2336 | Cheer Pack North America LLC<br>1 United Drive<br>West Bridgewater, MA 02379-1027 |
| Crown Credit Company<br>44 S Washington St<br>New Bremen , OH 45869-1288 | Crown Equipment Corporation<br>PO Box 640352<br>Cincinnati, OH 45264-0352 | Crown Equipment Corporatioon<br>c/o Robert Hanseman<br>40 N. Main Street, Ste 1900<br>Dayton OH 45423-1013 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | FruitSmart, Inc<br>Corporate Office<br>506 6th Street<br>PO Box 177<br>Prosser, WA 99350-0177 | Goldman Sachs Bank USA<br>Marcus by Goldman Sach<br>11850 South Election Road<br>Draper, UT 84020-6814 |
| Goldman Sachs Bank USA<br>Salt Lake City Branch<br>222 S Main Street<br>Salt Lake City, UT 84101-2174 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Irene Rojas Stanburty<br>9735 NW 52nd Street #414<br>Miami, FL 33178-2025 |

| | | |
|---|---|---|
| La Patera Investors, LP, a California limite<br>3832 W Biddison Street<br>Fort Worth, TX 76109-2707 | Lemonkind, LLC<br>c/o Christian Haman<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108-3512 | Lemonkind, LLC<br>c/o Jennifer M Duffy<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108-3512 |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | NSF International (Non-GMO Project Verificat<br>Dept. Lockbox # 771380<br>PO Box 77000<br>Detroit, MI 48277-1380 | NSF International (Non-GMO Project Verificat<br>World Headquarters<br>789 N. Dixboro Road<br>Ann Arbor, MI 48105-9723 |
| (p)PEOPLEREADY INC<br>ATTN TAMI L ZEIGLER<br>1015 A ST<br>TACOMA WA 98402-5122 | Rakuten Marketing LLC dba Rakuten Advertisin<br>6985 S Union Park Center #300<br>Midvale, UT 84047-6078 | Ramon Fontanez<br>c/o Patrick W. Gallagher, Esq.<br>225 Broadway 39th Floor<br>New York, NY 10007-3007 |
| Ramon Fontanez<br>c/o Patrick W. Gallagher, Esq.<br>225 Broadway 39th Flr.<br>New York, NY 10007-3007 | SBA/ Bank of Southern California<br>12265 El Camino Real<br>122243402 8214 Loan Account<br>San Diego, CA 92130 | Select Brands, LLC<br>c/o Kayla Schmidt, Esq.<br>120 South Riverside Plaza #2200<br>Chicago, IL 60606-3912 |
| Skjodt-Barrett Foods Inc.<br>5 Precidio Court<br>Brampton, Ontario<br>L6S 6B7 Canada | Skjodt-Barrett Foods Inc. (CANADA)<br>5 Precidio Ct Brampton<br>Ontario, Canada,  L6S 6B7 | U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 |
| U.S. Small Business Administration<br>51 S.W. 1st Ave, Suite 201<br>Miami, FL 33130-1608 | ULINE<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 |
| United States Trustee - FTM<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 | WG Pro-Manufacturing Inc. (CANADA)<br>10 Auction Lane<br>Brampton, Ontario, Canada,  L6T 5V8 | Wells Fargo Bank<br>Corporate Offices<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 |
| Wells Fargo Bank<br>PO Box 10347<br>Des Moines, IA 50306-0347 | Wells Fargo Bank<br>Wells Fargo SBL<br>PO Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Christian G Haman<br>Dal Lago Law<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Jennifer M Duffy<br>Dal Lago Law<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Michael R Dal Lago<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 |
| Ruediger Mueller<br>Dr. Mueller Associates, Inc.<br>1112 Watson Court<br>Reunion, FL 34747-6784 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AddShoppers, Inc.<br>15806 Brookway Dr<br>Ste 200<br>Huntersville, NC 28078 | Bank of Southern California<br>12265 El Camino Real<br>Suite 100<br>San Diego, CA 92130 | PEOPLEREADY INC<br>1015 'A' ST<br>TACOMA, WA 98402 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF SOUTHERN CALIFORNIA, N.A. | (u)Select Brands LLC | (u)Atlantic Packaging Products Ltd (CANADA)<br>111 Progress Ave<br>Scarborough, CA M1P 2Y9 |
| (d)Crown Credit Company<br>44 S Washington Street<br>New Bremen, OH 45869-1288 | (u)Disaster COVID-19 Economic Injury<br>CESC- COVID EIDL SERVICE CENTER<br>14925 Kingsport Rd | End of Label Matrix<br>Mailable recipients   57<br>Bypassed recipients    5<br>Total                 62 |