| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-2<br>Case 2:23-bk-00933-FMD<br>Middle District of Florida<br>Ft. Myers<br>Mon Apr 15 11:04:11 EDT 2024 | Accounting & Business Partners, LLC<br>10730 102nd Avenue N.<br>Seminole, FL 33778-4213 | Caryl E. Delano<br>Tampa<br>, FL |
| LemonKind LLC<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108-3512 | ABF Freight system, Inc<br>12200 MONTAGUE ST<br>PACOIMA, CA 91331-2235 | (p)ADDSHOPPERS  INC<br>ATTN ATTN DAVID HALE<br>15806 BROOKWAY DRIVE<br>SUITE 200<br>HUNTERSVILLE NC 28078-3246 |
| All Star Delivery Systems, Inc.<br>6 Commerce Drive<br>Cranford, NJ 07016-3515 | Amazon Capital Services, Inc<br>410 Terry Ave. North<br>Seattle, WA 98109-5210 | Amazon Capital Services, Inc. -<br>c/o K&L Gates LLP<br>Attn:  Brian Peterson<br>925 4th Avenue Suite 2900<br>Seattle, WA 98104-1158 |
| American Express Business Line of Credit<br>Attn: Express Mail Remittance Processing<br>20500 Belshaw Ave.<br>Carson, CA 90746-3506 | American Express Business Line of Credit<br>P.O. Box 570622<br>Atlanta, GA 30357-3110 | American Express National<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| American Express National Bank<br>PO BOX 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>World Financial Center<br>200 Vesey Street<br>New York, NY 10285-1000 | American Express National Bank -<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American Express National Bank -<br>c/o Zwicker & Associates P.C.<br>Po Box 9043<br>Andover, MA 01810-0943 | ArcBest, Inc. -<br>3801 Old Greenwood Road<br>Fort Smith, AR 72903-5937 | BANK OF SOUTHERN CALIFORNIA, N.A. -<br>c/o Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, FL 34237-6031 |
| (p)BANK OF SOUTHERN CALIFORNIA<br>ATTN CELINA HONG<br>801 N BRAND BLVD<br>SUITE 185<br>GLENDALE CA 91203-3244 | CEO, Zulily, LLC<br>2601 Elliot Ave.<br>Suite 200<br>Seattle, WA 98121-1389 | CT Corporation System<br>330 N Brand Blvd #700<br>Attn: SPRS/Registered Agent<br>Glendale, CA 91203-2336 |
| Cheer Pack North America LLC<br>1 United Drive<br>West Bridgewater, MA 02379-1027 | Crown Credit Company<br>44 S Washington St<br>New Bremen , OH 45869-1288 | Crown Equipment Corporation<br>PO Box 640352<br>Cincinnati, OH 45264-0352 |
| Crown Equipment Corporatioon -<br>c/o Robert Hanseman<br>40 N. Main Street, Ste 1900<br>Dayton OH 45423-1013 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | FruitSmart, Inc<br>Corporate Office<br>506 6th Street<br>PO Box 177<br>Prosser, WA 99350-0177 |
| Goldman Sachs Bank USA<br>Marcus by Goldman Sach<br>11850 South Election Road<br>Draper, UT 84020-6814 | Goldman Sachs Bank USA<br>Salt Lake City Branch<br>222 S Main Street<br>Salt Lake City, UT 84101-2174 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Irene Rojas Stanburty<br>9735 NW 52nd Street #414<br>Miami, FL 33178-2025 | La Patera Investors, LP, a California limite<br>3832 W Biddison Street<br>Fort Worth, TX 76109-2707 | Lemonkind, LLC<br>c/o Christian Haman<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108-3512 |
| Lemonkind, LLC<br>c/o Jennifer M Duffy<br>999 Vanderbilt Beach Road<br>Suite 200<br>Naples, FL 34108-3512 | Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 | NSF International (Non-GMO Project Verificat<br>Dept. Lockbox # 771380<br>PO Box 77000<br>Detroit, MI 48277-1380 |
| NSF International (Non-GMO Project Verificat<br>World Headquarters<br>789 N. Dixboro Road<br>Ann Arbor, MI 48105-9723 | (p)PEOPLEREADY INC<br>ATTN TAMI L ZEIGLER<br>1015 A ST<br>TACOMA WA 98402-5122 | Rakuten Marketing LLC dba Rakuten Advertisin<br>6985 S Union Park Center #300<br>Midvale, UT 84047-6078 |
| Ramon Fontanez<br>c/o Patrick W. Gallagher, Esq.<br>225 Broadway 39th Floor<br>New York, NY 10007-3007 | Ramon Fontanez<br>c/o Patrick W. Gallagher, Esq.<br>225 Broadway 39th Flr.<br>New York, NY 10007-3007 | SBA/ Bank of Southern California<br>12265 El Camino Real<br>122243402 8214 Loan Account<br>San Diego, CA 92130 |
| Select Brands, LLC -<br>c/o Kayla Schmidt, Esq.<br>120 South Riverside Plaza #2200<br>Chicago, IL 60606-3912 | Skjodt-Barrett Foods Inc. -<br>5 Precidio Court<br>Brampton, Ontario<br>L6S 6B7 Canada | Skjodt-Barrett Foods Inc. (CANADA)<br>5 Precidio Ct Brampton<br>Ontario, Canada,  L6S 6B7 |
| U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | U.S. Small Business Administration -<br>51 S.W. 1st Ave, Suite 201<br>Miami, FL 33130-1608 | ULINE<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| Uline -<br>PO Box 88741<br>Chicago, IL 60680-1741 | WG Pro-Manufacturing Inc. (CANADA)<br>10 Auction Lane<br>Brampton, Ontario, Canada,  L6T 5V8 | Wells Fargo Bank<br>Corporate Offices<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 |
| Wells Fargo Bank<br>PO Box 10347<br>Des Moines, IA 50306-0347 | Wells Fargo Bank<br>Wells Fargo SBL<br>PO Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Bank, N.A. -<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | United States Trustee - FTM +<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 | Buffey E Klein +<br>Husch Blackwell<br>1900 N. Pearl Street<br>Suite 1800<br>Dallas, TX 75201-2467 |
| Michael R Dal Lago +<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 | Kelly K Roberts +<br>Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, FL 34237-6031 | Christian G Haman +<br>Dal Lago Law<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108-3512 |

| | | |
|---|---|---|
| Ruediger Mueller + <br> Dr. Mueller Associates, Inc. <br> 1112 Watson Court <br> Reunion, FL 34747-6784 | Jennifer M Duffy + <br> Dal Lago Law <br> 999 Vanderbilt Beach Road, Suite 200 <br> Naples, FL 34108-3512 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AddShoppers, Inc. <br> 15806 Brookway Dr <br> Ste 200 <br> Huntersville, NC 28078 | Bank of Southern California <br> 12265 El Camino Real <br> Suite 100 <br> San Diego, CA 92130 | PEOPLEREADY INC - <br> 1015 'A' ST <br> TACOMA, WA 98402 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF SOUTHERN CALIFORNIA, N.A. | (u)Select Brands LLC | (u)Atlantic Packaging Products Ltd (CANADA) <br> 111 Progress Ave <br> Scarborough, CA M1P 2Y9 |
| (d)Crown Credit Company <br> 44 S Washington Street <br> New Bremen, OH 45869-1288 | (u)Disaster COVID-19 Economic Injury <br> CESC- COVID EIDL SERVICE CENTER <br> 14925 Kingsport Rd | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF <br> ------------------------------------------- <br> Note: Entries with a '-' at the end of the name have filed a claim in this case |

End of Label Matrix  
Mailable recipients    61  
Bypassed recipients     6  
Total                  67