UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

LemonKind LLC,

      Debtor.
_____/

Case No. 2:23-bk-00933-FMD
Chapter 11

## PROOF OF SERVICE

    I HEREBY CERTIFY that on this 24th day of April 2024 a true and correct copy of the Order Granting Debtor Lemonkind LLC's Motion to Approve Compromise of Controversy By and Between the Debtor and Select Brands, LLC (Doc. No. 197) shall be: (i) electronically served through the Court's CM/ECF Noticing system upon entry to all parties registered for service, including: **United States Trustee – FTM**, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602, **Ruediger Mueller, Subchapter V Trustee**, 1112 Watson Court, Reunion, Florida 34747, and **Buffey E. Klein, Counsel for Select Brands, LLC**, Husch Blackwell LLP, 1900 N Pearl Street, Suite 1800, Dallas, Texas 75201; and (ii) served by First Class U.S. Mail, postage prepaid, to all Local Rule 1007-2 parties in interest listed on the attached mailing matrix not represented by counsel.

Dated: April 24, 2024

                        Respectfully submitted,

                        **DAL LAGO LAW**
                        999 Vanderbilt Beach Road
                        Suite 200
                        Naples, FL 34108
                        Telephone: (239) 571-6877

                        By: */s/ Christian Garrett Haman*
                        MICHAEL R. DAL LAGO
                        Florida Bar No. 102185
                        Email: mike@dallagolaw.com

CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for LemonKind LLC, Debtor and Debtor in Possession*

```
Label Matrix for local noticing          ABF Freight system, Inc              (p)ADDSHOPPERS  INC
113A-2                                   12200 MONTAGUE ST                    ATTN ATTN DAVID HALE
Case 2:23-bk-00933-FMD                   PACOIMA, CA 91331-2235               15806 BROOKWAY DRIVE
Middle District of Florida                                                    SUITE 200
Ft. Myers                                                                     HUNTERSVILLE NC 28078-3246
Wed Apr 24 09:42:37 EDT 2024

All Star Delivery Systems, Inc.          American Express Business Line of Credit   American Express National Bank
6 Commerce Drive                         Attn: Express Mail Remittance Processing   World Financial Center
Cranford, NJ 07016-3515                  20500 Belshaw Ave.                         200 Vesey Street
                                         Carson, CA 90746-3506                      New York, NY 10285-1000


BANK OF SOUTHERN CALIFORNIA, N.A. -      Cheer Pack North America LLC         FruitSmart, Inc
c/o Roberts Law, PLLC                    1 United Drive                       Corporate Office
2075 Main Street, Suite 23               West Bridgewater, MA 02379-1027      506 6th Street
Sarasota, FL 34237-6031                                                       PO Box 177
                                                                              Prosser, WA 99350-0177


Goldman Sachs Bank USA                   Lemonkind, LLC                       Lemonkind, LLC
Marcus by Goldman Sach                   c/o Christian Haman                  c/o Jennifer M Duffy
11850 South Election Road                999 Vanderbilt Beach Road            999 Vanderbilt Beach Road
Draper, UT 84020-6814                    Suite 200                            Suite 200
                                         Naples, FL 34108-3512                Naples, FL 34108-3512


NSF International (Non-GMO Project Verificat   (p)PEOPLEREADY INC             Rakuten Marketing LLC dba Rakuten Advertisin
World Headquarters                       ATTN TAMI L ZEIGLER                  6985 S Union Park Center #300
789 N. Dixboro Road                      1015 A ST                            Midvale, UT 84047-6078
Ann Arbor, MI 48105-9723                 TACOMA WA 98402-5122


SBA/ Bank of Southern California         Skjodt-Barrett Foods Inc. (CANADA)   ULINE
12265 El Camino Real                     5 Precidio Ct Brampton               12575 Uline Drive
122243402 8214 Loan Account              Ontario, Canada,  L6S 6B7            Pleasant Prairie, WI 53158-3686
San Diego, CA 92130


WG Pro-Manufacturing Inc. (CANADA)       Wells Fargo Bank
10 Auction Lane                          Corporate Offices
Brampton, Ontario, Canada,  L6T 5V8      420 Montgomery Street
                                         San Francisco, CA 94104-1298
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AddShoppers, Inc.                        PEOPLEREADY INC -
15806 Brookway Dr                        1015 'A' ST
Ste 200                                  TACOMA, WA 98402
Huntersville, NC 28078
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Atlantic Packaging Products Ltd (CANADA)<br>111 Progress Ave<br>Scarborough, CA M1P 2Y9 | (u)Disaster COVID-19 Economic Injury<br>CESC- COVID EIDL SERVICE CENTER<br>14925 Kingsport Rd | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case |

**End of Label Matrix**
**Mailable recipients**     19
**Bypassed recipients**      3
**Total**                   22